NUMBER
13-02-296-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

IN THE INTEREST OF I.C.A.M., A CHILD

____________________________________________________________________

 

                        On
appeal from the 107th  District Court

                                 of Cameron County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                     Before
Justices Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 

Appellant, Georgina Lee Garcia, perfected an appeal
from a judgment entered by the 107th District Court of Cameron County, Texas, in cause number 2000-04-1772-A.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 6th
day of June, 2002.